**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAMEEZA SOFIA CHOWDHURY,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civ. No. 24-5091** |
| | : | |
| **COMMONWEALTH OF PA, *et al.*,** | : | |
| **Respondents.** | : | |

---

**O R D E R**

On September 23, 2024, Rameeza Sofia Chowdhury filed a *pro se* petition for habeas relief. (Doc. No. 1); 28 U.S.C. § 2254. Although Chowdhury has been released from prison, she remains on parole. (Doc. No. 24 at 7 n.7.) I referred the case to Magistrate Judge Jose R. Arteaga, who ordered that Chowdhury file a Statement of Claims "that clearly numbers and identifies each of her claims for habeas relief and states them with specificity." (Doc. Nos. 4, 6.) Chowdhury filed her Statement of Claims, and Respondents opposed relief. (Doc. Nos. 7, 19.) This case was reassigned to Magistrate Judge Caroline Goldner Cinquanto, who recommended denying the Petition because Chowdhury's claims are either non-cognizable, procedurally defaulted, or meritless. (Doc. Nos. 15, 24.)

No objections to the Report and Recommendation have been raised. (See Docket.) Accordingly, I must "satisfy [myself] that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) Advisory Committee Notes; see also Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987) (the district court must "afford some level of review" when no objections have been made). Having reviewed the Report, I see no clear errors and I agree with Judge Cinquanto's recommendation.

* * *

**AND NOW**, this 24th day of July, 2026, upon consideration of Chowdhury's Petition for a Writ of Habeas Corpus (Doc. No. 1) and Statement of Claims (Doc. No. 7), and Magistrate Judge Cinquanto's Report and Recommendation (Doc. No. 24), it is hereby **ORDERED** that:

1. The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**;
2. The Magistrate Judge's Report and Recommendation (Doc. No. 24) is **APPROVED AND ADOPTED**; and
3. There are no grounds on which to issue a certificate of appealability.

**IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.